IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 11-CR-40005-RDR |
| MICHAEL LEE ROBINSON ) | |
| Defendant. ) | |

<u>ORDER</u>

NOW ON this 26th day of April, 2011, Mr. Robinson's Motion for Enlargement of Time to File Objections to the PSIR and Motion to Continue Sentencing (Doc. 16) comes on for hearing. The Court, after being duly advised in the premises finds that good cause exists for the motion and that the same should be granted.

IT IS THEREFORE ORDERED that objections to the PSIR shall be due on or before the 9th day of May, 2011. The Sentencing set for May 20, 2011 at 9:30 a.m. is hereby continued to the 2nd day of June, 2011 at 9:30 a.m.

IT IS SO ORDERED.

                                      s/Richard D. Rogers
                                      United States District Judge

Prepared by:
s/ Jason P. Hoffman
Donald R. Hoffman (KS#07332)
Jason P. Hoffman (KS#17637)
HOFFMAN & HOFFMAN
CoreFirst Bank & Trust – 3rd Floor East
100 E. 9th Street
Topeka, KS 66612
Ph. (785) 233-5887
Fax (785) 233-2173
E-mail jphoffman@sbcglobal.net